# IN THE SUPREME COURT OF PENNSYLVANIA
# WESTERN DISTRICT

| | | |
|---|---|---|
| SCOTT FETTEROLF AND THERESA E. FETTEROLF, | : | No. 168 WAL 2021 |
| | : | |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| ZONING HEARING BOARD OF THE BOROUGH OF SEWICKLEY HEIGHTS, | : | |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| BOROUGH OF SEWICKLEY HEIGHTS, | : | |
| | : | |
| Respondent | : | |
| SCOTT FETTEROLF AND THERESA E. FETTEROLF, | : | No. 169 WAL 2021 |
| | : | |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| ZONING HEARING BOARD OF THE BOROUGH OF SEWICKLEY HEIGHTS, | : | |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| BOROUGH OF SEWICKLEY HEIGHTS, | : | |
| | : | |

Respondent             :

## **ORDER**

**PER CURIAM**

       **AND NOW**, this 1st day of December, 2021, the Petition for Allowance of Appeal is **DENIED**.